# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO JAVIER JIMENEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01916-APG-CWH

**ORDER**

Respondents having filed a motion for extension of time (#11), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (#11) is **GRANTED**. Respondents shall have through September 11, 2015, to file and serve an answer or other response to the petition.

DATED: July 30, 2015

                                                        ANDREW P. GORDON
                                                        United States District Judge