# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO JAVIER JIMENEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01916-APG-CWH

**ORDER**

Petitioner has filed a motion for extension of time (#15). Petitioner's response to the motion to dismiss (#13) actually was due on September 28, 2015. The reply time of forty-five days was if respondents filed an answer; briefing for a motion to dismiss is governed by Local Rule LR 7-2. Nonetheless, the court will give petitioner additional time to file a response to the motion to dismiss.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (#15) is **GRANTED**. Petitioner will have through November 24, 2015, to file and serve a response to the motion to dismiss (#13).

DATED: October 16, 2015

_____
ANDREW P. GORDON
United States District Judge