# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FRANCISCO JAVIER JIMENEZ,

     Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

     Respondents.

Case No. 2:14-cv-01916-APG-CWH

**ORDER**

     Respondents having filed a motion for extension of time (second request) (ECF No. 25), and good cause appearing;

     IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 25) is **GRANTED**.  Respondents shall have through November 10, 2016, to file and serve an answer to the amended petition (ECF No. 7).

     DATED:   October 13, 2016.

_____
ANDREW P. GORDON
United States District Judge