# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO JAVIER JIMENEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01916-APG-CWH

**ORDER**

    Respondents having filed a motion for extension of time (third request) (ECF No. 27), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (third request) (ECF No. 27) is **GRANTED**. Respondents shall have through November 28, 2016, to file and serve an answer to the amended petition (ECF No. 7).

    Dated: November 16, 2016.

                                               ANDREW P. GORDON
                                               United States District Judge