# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO JAVIER JIMENEZ,

     Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

     Respondents.

Case No. 2:14-cv-01916-APG-CWH

**ORDER**

     Petitioner has filed a motion for appointment of counsel (ECF No. 23).  Petitioner has given the court no reason to depart from its denial of his earlier motion for appointment of counsel.  See ECF No. 8.

     IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel (ECF No. 23) is **DENIED**.

     Dated: November 30, 2016.

ANDREW P. GORDON
United States District Judge