# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO JAVIER JIMENEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01916-APG-CWH

**ORDER**

    Petitioner having filed a motion for extension of time (ECF No. 31), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time (ECF No. 31) is **GRANTED**. Petitioner will have through February 13, 2017, to file and serve a reply to the answer (ECF No. 29).

    DATED: January 11, 2017.

_____
ANDREW P. GORDON
United States District Judge